theUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:12-cr-111-FtM-UASPC

NOE AMARILLAS

## ORDER

This matter comes before the Court on an Initial Appearance and Arraignment on November 15, 2012. The Defendant was originally arrested in the District of Arizona on an Indictment that originated from this Court. The Magistrate Judge in that District imposed Personal Recognizance bond with conditions. The Assistant United States Attorney in this District moved the Court for reconsideration and a stay on the imposition of the bond. See Doc. #96. During the hearing, the Government moved to withdraw the Motion and the Court granted the Government's Oral Motion to Withdraw. Further, the Government agreed to the reinstatement of the bond imposed by the Magistrate Judge in the District of Arizona. Thus, absent objection, the Court reinstated the Personal Recognizance Bond and conditions of release originally imposed.

Accordingly, it is now

**ORDERED:**

The Oral Motion to Withdraw offered by the Government is GRANTED. The Personal Recognizance Bond imposed by the District of Arizona is hereby reinstated. Therefore, any stay

of the proceedings is no longer necessary and may be lifted. The Defendant remains subject to the terms and conditions of his release as previously announced.

**DONE AND ORDERED** at Fort Myers, Florida, this 15th day of November, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of Record
DCCD